937 So.2d 167 (2006)
Joseph CARTER, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-555.
District Court of Appeal of Florida, Third District.
July 26, 2006.
Rehearing Denied September 20, 2006.
Joseph Carter, in proper person.
Charles J. Crist, Jr., Attorney General, for appellee.
Before FLETCHER and SHEPHERD, JJ., and SCHWARTZ, Senior Judge.
*168 PER CURIAM.
Affirmed. King v. State, 808 So.2d 1237 (Fla.2002); Williams v. State, 891 So.2d 621 (Fla. 3d DCA 2005).